UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LEON BRAZIN, Derivatively On Behalf of PUTNAM VISTA FUND, | ) ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| JOHN A. HILL, JAMESON A. BAXTER, CHARLES B. CURTIS, RONALD J. JACKSON, PAUL L. JOSKOW, ELIZABETH T. KENNAN, LAWRENCE J. LASSER, JOHN H. MULLIN, III, ROBERT E. PATTERSON, GEORGE PUTNAM, III, A.J.C. SMITH, W. THOMAS STEPHENS, W. NICHOLAS THORNDIKE, CHARLES E. PORTER, PATRICIA C. FLAHERTY, KARNIG H. DURGARIAN, STEVEN D. KRICHMAR, MICHAEL T. HEALY, BRETT C. BROWCHUCK, CHARLES E. HALDEMAN, JR., LAWRENCE J. LASSER, BETH S. MAZOR, RICHARD A. MONAGHAN, STEPHEN M. ORSTAGLIO, GORDON H. SILVER, MARK C. TRENCHARD, DEBORAH F. KUENSTNER, JUDITH COHEN, MARSH & MCLENNAN COMPANIES, INC., PUTNAM INVESTMENT MANAGEMENT, LLC, PUTNAM INVESTMENT FUNDS, PUTNAM INVESTMENT TRUSTS, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |
| - and - | ) ) |
| PUTNAM VISTA FUND, a Massachusetts Corporation, | ) ) ) |
| Nominal Defendant. | ) ) ) |

04 10852 RWZ

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.3 of the Local Rules of the United States District Court for the District of Massachusetts, Marsh & McLennan Companies, Inc. ("MMC") makes this Corporate Disclosure Statement:

1. MMC is a publicly-owned holding company incorporated in Delaware and traded on the New York Stock Exchange. It has no corporate parent, and no publicly-held company owns more than ten percent of its outstanding stock.

Dated: April 26, 2004

Respectfully Submitted,

_____
Stephen W. Greiner
WILLKIE FARR &
 GALLAGHER LLP
787 Seventh Avenue
New York, NY  10019-6099
(212) 728-8224

*Attorneys for Defendant
Marsh & McLennan Companies,
Inc.*

2