UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LEON BRAZIN, Derivatively On Behalf of PUTNAM VISTA FUND, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | )<br>) |
| JOHN A. HILL, JAMESON A. BAXTER, CHARLES B. CURTIS, RONALD J. JACKSON, PAUL L. JOSKOW, ELIZABETH T. KENNAN, LAWRENCE J. LASSER, JOHN H. MULLIN, III, ROBERT E. PATTERSON, GEORGE PUTNAM, III, A.J.C. SMITH, W. THOMAS STEPHENS, W. NICHOLAS THORNDIKE, CHARLES E. PORTER, PATRICIA C. FLAHERTY, KARNIG H. DURGARIAN, STEVEN D. KRICHMAR, MICHAEL T. HEALY, BRETT C. BROWCHUCK, CHARLES E. HALDEMAN, JR., LAWRENCE J. LASSER, BETH S. MAZOR, RICHARD A. MONAGHAN, STEPHEN M. ORSTAGLIO, GORDON H. SILVER, MARK C. TRENCHARD, DEBORAH F. KUENSTNER, JUDITH COHEN, MARSH & MCLENNAN COMPANIES, INC., PUTNAM INVESTMENT MANAGEMENT, LLC, PUTNAM INVESTMENT FUNDS, PUTNAM INVESTMENT TRUSTS, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |
| - and - | )<br>) |
| PUTNAM VISTA FUND, a Massachusetts Corporation, | )<br>)<br>) |
| Nominal Defendant. | )<br>) |

4 10852 RWZ

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.3 of the Local Rules of the United States District Court for the District of Massachusetts, Putnam Investment Funds and Putnam Vista Fund make this Corporate Disclosure Statement:

1. Putnam Investment Funds is a Massachusetts business trust which is registered with the Securities and Exchange Commission. It is a sponsor of a series of other funds in the Putnam family.

2. Putnam Vista Fund is a Massachusetts business trust which is registered with the Securities and Exchange Commission.

Dated: April 26, 2004

Respectfully Submitted,

_____
John D. Donovan, Jr. (BBO #130950)
ROPES & GRAY LLP
One International Place
Boston, MA 02110
(617) 951-7000

*Attorneys for Putnam Investment Funds, Putnam Vista Fund, John A. Hill, Jameson A. Baxter, Charles B. Curtis, Ronald J. Jackson, Paul L. Joskow, Elizabeth T. Kennan, John H. Mullin, III, Robert E. Patterson, W. Thomas Stephens, W. Nicholas Thorndike, Charles E. Porter, Patricia C. Flaherty, Judith Cohen and George Putnam, III*