UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PETER KAVALER, Derivatively On Behalf of PUTNAM INCOME FUND,<br><br>                Plaintiff,<br><br>vs.<br><br>JOHN A. HILL, et al.<br><br>                Defendants.<br><br>- and -<br><br>PUTNAM INCOME FUND, a Massachusetts Corporation,<br><br>                Nominal Defendant. | Civil Action<br>No. 04-10853-RWZ |
| LEON BRAZIN, Derivatively On Behalf of PUTNAM VISTA FUND,<br><br>                Plaintiff,<br><br>vs.<br><br>JOHN A. HILL, et al.<br><br>                Defendants.<br><br>- and -<br><br>PUTNAM VISTA FUND, a Massachusetts Corporation,<br><br>                Nominal Defendant. | Civil Action<br>No. 04-10852-RWZ |

**NOTICE OF FILING OF TAG-ALONG NOTICE
WITH JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

Pursuant to Rule 7.5(e) of the Rules of Civil Procedure of the Judicial Panel on Multidistrict Litigation, defendant Putnam Investment Management, LLC, through its undersigned attorneys, hereby notifies the Clerk of this Court that on April 29, 2004, defendant filed a Notice of Tag-Along Action (the "Notice") with the Judicial Panel on Multidistrict Litigation (the "Panel"). A copy of the Notice is attached hereto (without exhibits) as Exhibit A. Defendant further states as follows:

By Order dated February 20, 2004, a copy of which is attached hereto as Exhibit B (the "Transfer Order"), the Panel transferred for coordination or consolidation the cases in In re Mutual Funds Investment Litigation, MDL Docket No. 1586 (the "Transferred Actions") to the United States District Court for the District of Maryland before the Honorable J. Frederick Motz, the Honorable Andre M. Davis, and the Honorable Frederick P. Stamp.

On March 15, 2004, these "tag-along" actions were filed in the Superior Court of the Commonwealth of Massachusetts, County of Suffolk. By Notices of Removal filed April 28, 2004, copies of which are attached hereto (without exhibits) as Exhibits C and D, these actions were removed to the United States District Court for the District of Massachusetts, where they are currently pending. These tag-along actions share common questions of fact with the Transferred Actions and are therefore "tag-along" actions within the meaning of Rule 1.1 of the Rules.

In light of the foregoing, defendant filed the Notice requesting that the Panel enter an Order transferring this action to the District of Maryland in accordance with the Transfer Order of the Panel.

Dated:   Boston, Massachusetts
         April 29, 2004

Respectfully submitted,

_/s/ James R. Carroll_
James R. Carroll (BBO # 554426)
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
One Beacon Street
Boston, Massachusetts 02108
(617) 573-4800

*Counsel for Defendant*
*Putnam Investment Management, LLC*

## CERTIFICATE OF SERVICE

I, James R. Carroll, hereby certify that on April 29, 2004, I caused a true copy of the foregoing Notice of Filing of Tag-Along Notice to be served by first class mail, postage prepaid, upon counsel of record as indicated on the service list attached hereto.

Dated: April 29, 2004

_/s/ James R. Carroll_
James R. Carroll

SERVICE LIST

Peter A. Lagorio
GILMAN AND PASTOR, LLP
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, MA. 01906

Shane Rowley
Antonio Vozzolo
David Leventhal
FURUQI & FARUQI
320 East 39th Street
New York, NY 10016

Brian J. Robbins
Jeffrey P. Fink
ROBBINS, UMEDA & FINK, LLP
1010 Second Ave., Suite 2360
San Diego, CA 92101

John D. Donovan, Jr.
ROPES & GRAY LLP
One International Place
Boston, MA 02110

Daniel A. Pollack
POLLACK & KAMINSKY
114 West 47th Street
New York, NY 10036

Stephen W. Greiner
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, NY 10019