UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PETER KAVALER, Derivatively On Behalf of PUTNAM INCOME FUND, ) ) ) | |
| Plaintiff, ) ) ) | |
| vs. ) ) | |
| JOHN A. HILL, et al., ) ) | Civil Action No. 04-10853-RWZ |
| Defendants. ) ) ) | |
| - and - ) ) | |
| PUTNAM INCOME FUND, ) ) | |
| Nominal Defendant. ) ) | **STIPULATION AND** |
| LEON BRAZIN, Derivatively On Behalf of PUTNAM VISTA FUND, ) ) ) | **[PROPOSED] ORDER** |
| Plaintiff, ) ) ) | |
| vs. ) ) | |
| JOHN A. HILL, et al., ) ) | Civil Action No. 04-10852-RWZ |
| Defendants. ) ) ) | |
| - and - ) ) | |
| PUTNAM VISTA FUND, ) ) | |
| Nominal Defendant. ) ) | |

WHEREAS, on March 15, 2004, Kavaler v. Hill, et al., No. 04-1114G was filed in the Superior Court of the Commonwealth of Massachusetts, Suffolk County;

WHEREAS, on March 15, 2004, Brazin v. Hill, et al., No. 04-1116A was filed in the Superior Court of the Commonwealth of Massachusetts, Suffolk County;

WHEREAS, both Kavaler and Brazin (the "Actions") were removed to the United States District Court for the District of Massachusetts on April 28, 2004;

WHEREAS, defendants noticed the Actions as "tag-alongs" to MDL No. 1586, In re Mutual Fund Investment Litigation for transfer to the United States District Court for the District of Maryland; and

WHEREAS, plaintiff does not intend to move to remand the Actions, or to oppose their transfer to the District of Maryland.

IT IS HEREBY STIPULATED AND AGREED that no response is required to the complaints in the Actions and that plaintiffs' time to file to a consolidated complaint and all defendants' time to move, answer, or otherwise respond to such complaint shall be determined by the briefing schedule entered by the District of Maryland.

Dated: May 12, 2004
Boston, Massachusetts

Respectfully submitted,

_____
Peter A. Lagorio (BBO 567379)
GILMAN AND PASTOR, LLP
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, MA 01906
Telephone: 781/231-7850

_____
James R. Carroll (BBO 554426)
SKADDEN, ARPS, SLATE, MEAGHER
 & FLOM LLP
One Beacon Street
Boston, MA 02108-3194
Telephone: 617/573-4800

<table>
<tr><td>

FARUQI & FARUQI
Shane Rowley
Antonio Vozzolo
David Leventhal
320 East 39th Street
New York, NY 10016
Telephone: 212/983-9330

ROBBINS UMEDA & FINK, LLP
Brian J. Robbins
Jeffrey P. Fink
1010 Second Ave., Suite 2360
San Diego, CA 92101
Telephone: 619/525-3990

*Attorneys for Plaintiff*

*/s/ John D. Donovan*
_____
John D. Donovan, Jr. (BBO #130950)
ROPES & GRAY LLP
One International Place
Boston, MA 02110
Telephone: 617/951-7000

*Putnam Investment Funds, Putnam Global Equity Fund, Inc., John A. Hill, Jameson A. Baxter, Charles B. Curtis, Ronald J. Jackson, Paul L. Joskow, Elizabeth T. Kennan, John H. Mullin, III, Robert E. Patterson, W. Thomas Stephens, W. Nicholas Thorndike, Charles E. Porter, Patricia C. Flaherty, Judith Cohen and George Putnam, III, Putnam Global Equity Fund, Inc.*

</td><td>

*Attorneys for Defendants Putnam Investment Management, LLC, Putnam Investments Trust, A.J.C. Smith, Karnig H. Durgarian, Steven D. Krichmar, Michael T. Healy, Brett C. Browchuck, Charles E. Haldeman, Jr., Beth S. Mazor, Richard A. Monaghan, Stephen M. Orstaglio, Gordon H. Silver, Mark C. Trenchard, and Deborah F. Kuenstner*

</td></tr>
</table>

SO ORDERED:

_____
U.S.D.J.