UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------- x
LEON BRAZIN, Derivatively On Behalf Of :
PUTNAM VISTA FUND,
                                      :
              Plaintiff,              :    Civil Action
         v.                           :    No. 04-10852-RWZ

JOHN A. HILL., et al.,                :

              Defendants,             :
         - and -
                                      :
PUTNAM VISTA FUND, a Massachusetts
corporation,                          :

              Nominal Defendant.      :
------------------------------------- x

## NOTICE OF LOCAL RULE 81.1(a) FILING

Pursuant to Local Rule 81.1(a), defendants hereby file attested copies of all records, proceedings and the docket sheet from the state court action entitled <u>Brazin v. Hill, et al.</u>, (Suffolk County Superior Court, Civ. No. 04-1116-A). The attested copies are attached hereto.

Dated: May 18, 2004
       Boston, Massachusetts

Respectfully submitted,

_/s/ James R. Carroll_
James R. Carroll (BBO #554426)
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
One Beacon Street
Boston, MA 02108-3194
(617) 573-4800

*Counsel for Putnam Investment Management, LLC, Putnam Investments Trust, A.J.C. Smith, Karnig H. Durgarian, Steven D. Krichmar, Michael T. Healy, Brett C. Browchuck, Charles E. Haldeman, Jr., Beth S. Mazor, Richard A. Monaghan, Stephen M. Orstaglio, Gordon H. Silver, Mark C. Trenchard, and Deborah F. Kuenster*

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by first-class mail, postage pre-paid, on 5/18/04

_/s/ James R. Carroll_

**Commonwealth of Massachusetts**  
SUFFOLK SUPERIOR COURT  
Case Summary  
Civil Docket

### SUCV2004-01116
### Brazin v Hill, trustee et al

| | | | | | |
|---|---|---|---|---|---|
| File Date | 03/15/2004 | Status | Disposed: transfered to other court (dtrans) | | |
| Status Date | 05/04/2004 | Session | A - Civil A | | |
| Origin | 1 | Case Type | B99 - Misc tort | | |
| Lead Case | | Track | F | | |

| | | | | | |
|---|---|---|---|---|---|
| Service | 06/13/2004 | Answer | 08/12/2004 | Rule12/19/20 | 08/12/2004 |
| Rule 15 | 08/12/2004 | Discovery | 01/09/2005 | Rule 56 | 02/08/2005 |
| Final PTC | 03/10/2005 | Disposition | 05/09/2005 | Jury Trial | Yes |

### PARTIES

**Plaintiff**  
Leon Brazin  
Active 03/15/2004

**Private Counsel 567379**  
Peter A Lagorio  
Gilman & Pastor  
999 Broadway  
Stone Hill Corp Ctr Suite 500  
Saugus, MA 01906  
Phone: 781-231-7850  
Fax: 781-231-7840  
Active 03/15/2004 Notify

**Alias plaintiff name**  
Putnam Vista Fund  
Active 03/15/2004

*** See Attorney Information Above ***

**Defendant**  
John A Hill, trustee  
Service pending 03/15/2004

**Defendant**  
Jameson A Baxter, trustee  
Service pending 03/15/2004

MAS-20030912  
guen

Case 1:04-cv-10852-RWZ   Document 7   Filed 05/18/2004   Page 3 of 9

**Commonwealth of Massachusetts**  
SUFFOLK SUPERIOR COURT  
Case Summary  
Civil Docket

05/04/2004  
03:26 PM

### SUCV2004-01116
### Brazin v Hill, trustee et al

**Defendant**
Charles B Curtis, trustee
Service pending 03/15/2004

**Defendant**
Ronald J Jackson, trustee
Service pending 03/15/2004

**Defendant**
Paul L Joskow, trustee
Service pending 03/15/2004

**Defendant**
Elizabeth T Kennan, trustee
Service pending 03/15/2004

**Defendant**
Lawrence J Lasser, trustee
Service pending 03/15/2004

**Defendant**
John H Mullin III, trustee
Service pending 03/15/2004

MAS-20030912
guen

Case 1:04-cv-10852-RWZ   Document 7   Filed 05/18/2004   Page 4 of 9

**Commonwealth of Massachusetts**
SUFFOLK SUPERIOR COURT
Case Summary
Civil Docket

05/04/2004
03:26 PM

## SUCV2004-01116
### Brazin v Hill, trustee et al

**Defendant**
Robert E Patterson, trustee
Service pending 03/15/2004

**Defendant**
George Putnam III, trustee & officer
Service pending 03/15/2004

**Defendant**
AJ C Smith, trustee
Service pending 03/15/2004

**Private Counsel 554426**
James R Carroll
Skadden Arps Slate Meagher & Flom
1 Beacon Street
Boston, MA 02108
Phone: 617-573-4800
Fax: 617-573-4822
Active 04/28/2004 Notify

**Defendant**
W Thomas Stephens, trustee
Service pending 03/15/2004

**Defendant**
W Nicholas Thorndike, trustee
Service pending 03/15/2004

**Defendant**
Charles E Porter, officer
Service pending 03/15/2004

MAS:20030912     Case 1:04-cv-10852-RWZ    Document 7    Filed 05/18/2004    Page 5 of 9     05/04/2004
guen                        **Commonwealth of Massachusetts**            03:26 PM
SUFFOLK SUPERIOR COURT
Case Summary
Civil Docket

### SUCV2004-01116
### Brazin v Hill, trustee et al

| | |
|---|---|
| **Defendant**<br>Patricia C Flaherty, officer<br>Service pending 03/15/2004 | |
| **Defendant**<br>Karnig H Durgarian, officer<br>Service pending 03/15/2004 | **Private Counsel 554426**<br>James R Carroll<br>Skadden Arps Slate Meagher & Flom<br>1 Beacon Street<br>Boston, MA 02108<br>Phone: 617-573-4800<br>Fax: 617-573-4822<br>Active 04/28/2004 Notify |
| **Defendant**<br>Steven D Krichmar, officer<br>Service pending 03/15/2004 | \*\*\* See Attorney Information Above \*\*\* |
| **Defendant**<br>Michael T Healy, officer<br>Service pending 03/15/2004 | \*\*\* See Attorney Information Above \*\*\* |
| **Defendant**<br>Brett C Browchuck, officer<br>Service pending 03/15/2004 | \*\*\* See Attorney Information Above \*\*\* |
| **Defendant**<br>Charles E Haldeman Jr, officer<br>Service pending 03/15/2004 | \*\*\* See Attorney Information Above \*\*\* |
| | \*\*\* See Attorney Information Above \*\*\* |

MAS-20030912
guen

Case 1:04-cv-10852-RWZ    Document 7    Filed 05/18/2004    Page 6 of 9

**Commonwealth of Massachusetts**
**SUFFOLK SUPERIOR COURT**
Case Summary
Civil Docket

05/04/2004
03:26 PM

### SUCV2004-01116
### Brazin v Hill, trustee et al

| | |
|---|---|
| **Defendant**<br>Lawrence J Lasser, officer<br>Service pending 03/15/2004 | |
| **Defendant**<br>Beth S Mazor, officer<br>Service pending 03/15/2004 | **Private Counsel 554426**<br>James R Carroll<br>Skadden Arps Slate Meagher & Flom<br>1 Beacon Street<br>Boston, MA 02108<br>Phone: 617-573-4800<br>Fax: 617-573-4822<br>Active 04/28/2004 Notify |
| **Defendant**<br>Richard A Monaghan, officer<br>Service pending 03/15/2004 | *** See Attorney Information Above *** |
| **Defendant**<br>Stephen M Oristaglio, officer<br>Service pending 03/15/2004 | *** See Attorney Information Above *** |
| **Defendant**<br>Gordon H Silver, officer<br>Service pending 03/15/2004 | *** See Attorney Information Above *** |
| **Defendant**<br>Mark C Trenchard, officer<br>Service pending 03/15/2004 | *** See Attorney Information Above *** |

MAS-20030912
guen
Case 1:04-cv-10852-RWZ    Document 7    Filed 05/18/2004    Page 7 of 9
**Commonwealth of Massachusetts**
SUFFOLK SUPERIOR COURT
Case Summary
Civil Docket
05/04/2004
03:26 PM

### SUCV2004-01116
### Brazin v Hill, trustee et al

| | |
|---|---|
| **Defendant**<br>Deborah F Kuenstner, officer<br>Service pending 03/15/2004 | *** See Attorney Information Above *** |
| **Defendant**<br>Judith Cohen, officer<br>Service pending 03/15/2004 | |
| **Alias defendant name**<br>Putnam Vista Fund<br>Active 03/15/2004 | |
| **Defendant**<br>Marsh & McLennan Companies Inc<br>Service pending 03/15/2004 | |
| **Defendant**<br>Putnam Investments Trust<br>Service pending 03/15/2004 | **Private Counsel 554426**<br>James R Carroll<br>Skadden Arps Slate Meagher & Flom<br>1 Beacon Street<br>Boston, MA 02108<br>Phone: 617-573-4800<br>Fax: 617-573-4822<br>Active 04/28/2004 Notify |
| **Defendant**<br>Putnam Investment Management LLC<br>Service pending 03/15/2004 | *** See Attorney Information Above *** |

MAS-20030912
guen

Case 1:04-cv-10852-RWZ    Document 7    Filed 05/18/2004    Page 8 of 9

**Commonwealth of Massachusetts**
SUFFOLK SUPERIOR COURT
Case Summary
Civil Docket

05/04/2004
03:26 PM

### SUCV2004-01116
### Brazin v Hill, trustee et al

| | |
|---|---|
| **Defendant**<br>Putnam Investment Funds<br>Service pending 03/15/2004<br><br>**Out-of-state attorney**<br>Stephen W Greiner<br>Willkie Farr & Gallagher LLP<br>787 Seventh Avenue<br>2127288224, NY 10019-6099<br>Atty for Marsh & McLennan Companies Inc<br>Active 04/28/2004 Notify<br><br>**Out-of-state attorney**<br>Daniel A Pollack<br>Pollack & Kaminsky<br>114 West 47th Street<br>New York, NY 10036<br>Phone: 212-575-4700<br>Atty for Lawrence J Lasser<br>Active 04/28/2004 Notify<br><br>**Out-of-state attorney**<br>Shane Rowley<br>Faruqi & Faruqi<br>320 East 39th Street<br>New York, NY 10016<br>Phone: 212-983-9330<br>Atty for Plaintiff<br>Active 04/28/2004 Notify<br><br>**Out-of-state attorney**<br>Antonio Vozzolo<br>Faruqi & Faruiq<br>320 East 39th Street<br>New York, NY 10016<br>Phone: 212-983-9330<br>Atty for Plaintiff<br>Active 04/28/2004 Notify<br><br>**Out-of-state attorney**<br>David Leventhal<br>Faruqi & Faruqi<br>320 East 39th Street<br>New York, NY 10016<br>Phone: 212-983-9330<br>Atty for Plaintiff<br>Active 04/28/2004 Notify | |

MAS-20030912            **Commonwealth of Massachusetts**            05/04/2004
guen            SUFFOLK SUPERIOR COURT            03:26 PM
Case Summary
Civil Docket

### SUCV2004-01116
### Brazin v Hill, trustee et al

**Out-of-state attorney**
Brian J Robbins
Robbins Umeda & Fink LLP
1010 Second Ave., Suite 2360
San Diego, CA 92101
Phone: 619-525-3990
Atty for Plaintiff
Active 04/28/2004 Notify

**Out-of-state attorney**
Jeffrey P Fink
Robbins Umeda & Fink LLP
1010 Second Avenue, Suite 2360
San Diego, CA 92101
Phone: 619-525-3990
Atty for Plaintiff
Active 04/28/2004 Notify

### ENTRIES

| Date | Paper | Text |
|---|---|---|
| 03/15/2004 | 1.0 | Complaint & jury demand on complaint |
| 03/15/2004 |  | Origin 1, Type B99, Track F. |
| 03/15/2004 | 2.0 | Civil action cover sheet filed |
| 04/26/2004 | 3.0 | Stipulation and [Propsed] Order |
| 04/29/2004 |  | Certified copy of petition for removal to U. S. Dist. Court of Defts. Putnam Investment Management, LLC, Putnam Investments Trust, A.J.C. Smith, Karnig H. Durgarian, Steven D. Krichmar, Michael T. Healy, Brett C. Browchuck, Charles E. Haldeman, Jr., Beth S. Mazor, Richard A. Monaghan, Stephen M. Orstaglio, Gordon H. Silver, Mark C. Trenchard, and Deborah F. Kusenster U. S. Dist.#(04-10852RWZ). |
| 05/04/2004 |  | Case REMOVED this date to US District Court of Massachusetts |

### EVENTS

I HEREBY ATTEST AND CERTIFY ON
MAY 7, 2004 , THAT THE
FOREGOING DOCUMENT IS A FULL,
TRUE AND CORRECT COPY OF THE
ORIGINAL ON FILE IN MY OFFICE,
AND IN MY LEGAL CUSTODY.

MICHAEL JOSEPH DONOVAN
CLERK / MAGISTRATE
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT

BY *[signature]*

ASSISTANT CLERK.